UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                             CHAPTER 13
JAMES R. TRIGGER
CHERYL A. TRIGGER                                  CASE NO. 08-73467

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:  Countrywide Home Loans Inc.**          **Court claim #: 6**

**Last four digits** of any number used to identify the debtor's account: 3886

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $6,705.50 |
| Amount Paid by Trustee | $6,705.50 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☒   Thru the Chapter 13 Plan          ☐   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  8/13/13                         /s/Lydia S. Meyer
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 13th Day of August, 2013.

Dated:  8/13/13                         /s/Cynthia K. Burnard

COUNTRYWIDE HOME LOANS INC
BANKRUPTCY DEPARTMENT
7105 CORPORATE DRIVE  PTX-B-209
PLANO, TX 75024

COUNTRYWIDE HOME LOANS
450 AMERICAN STREET
SIMI VALLEY, CA  93065

PIERCE AND ASSOCIATES
ATTORNEYS AT LAW
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

JAMES R. TRIGGER
CHERYL A. TRIGGER
107 BREE DRIVE
POPLAR GROVE, IL  61065

ATTORNEY JASON A. KARA
GERACI LAW LLC
55 E. MONROE ST., SUITE 3400
CHICAGO, IL  60603